UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOHN HANCOCK LIFE INSURANCE          §
COMPANY (U.S.A.),                    §
                                     §
            Plaintiff,               §
VS.                                  §          CIVIL ACTION NO. 4:17-CV-02423
                                     §
AUBREY LEWIS WARD,                   §
                                     §
            Defendant.               §

## <u>ORDER</u>

Before the Court is the Magistrate Court's Memorandum and Recommendation Denying

Plaintiff's Motion for Summary Judgment (Doc. #27). The deadline for filing objections has

passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the

Court has reviewed the Memorandum and Recommendation for clear error. *See Cruz v. Colvin*,

No. 7:14-CV-780, 2016 WL 728182, at *1 n.1 (S.D. Tex. Feb. 24, 2016). Finding no clear error,

the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiff's Motion for Summary Judgment is DENIED.

It is so ORDERED.

_____SEP 2 6 2018_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge